UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHANN HUNTER, | : Civil Action No. 14-5916 (FLW) |
| Plaintiff, | : |
| v. | : PRETRIAL SCHEDULING ORDER |
| MARKEL CORPORATION, | : |
| Defendants, et al., | : |

This matter having come before the Court during an initial scheduling conference on May 21, 2015; pursuant to FED. R. CIV. P. 16; and the Court having addressed the Parties' dispute over subject matter jurisdiction; and the Court having conferred with counsel concerning the timely completion of discovery; and good cause appearing for the entry of the within Order;

IT IS on this 21st day of May 2015,

ORDERED THAT:

1.  Plaintiff is granted leave to file a Second Amended Complaint and shall do so by June 15, 2015.

2.  Defendant Markel Corporation must respond to the Second Amended Complaint by June 25, 2015.

3.  The Parties must exchange initial disclosures by June 30, 2015.

4.  The Parties must serve initial written discovery requests by June 30, 2015.

5.  The Parties must serve discovery responses by August 31, 2015.

6.  The Court will conduct a Settlement Conference on September 10, 2015 at 10:00 A.M.  Trial counsel and client representatives (including a representative of the insurance carrier for any insured entity) with full settlement authority are required to attend.

7.  The Parties must complete fact discovery, including depositions, in this case by January 29, 2016.

8.  Any motion to further amend the pleadings or join new parties whether by amended or third-party complaint must be filed August 31, 2015.

      9. Counsel must confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of a motion. No discovery motion will be entertained absent counsel's full compliance with L. CIV. R. 37.1(a)(1); *see also* L. CIV. R. 16.1(f). Any unresolved disputes must be brought to the Court's attention <u>immediately</u> by letter to the undersigned.

      10. Plaintiff shall serve copies of any affirmative expert disclosures and reports (liability and damages) by <u>February 19, 2016</u>.

      11. Defendants shall serve copies of any responsive expert disclosures and reports by <u>March 21, 2016</u>.

      12. No expert shall testify at the time of trial as to any opinions, nor base those opinions on facts, not substantially disclosed in any report as described in the preceding paragraphs.

      13. The Court will conduct telephone status conferences on <u>August 6, 2015</u> at <u>2:30 P.M.</u>, <u>December 7, 2015</u> at <u>10:30 A.M.</u>, and <u>March 2, 2016</u> at <u>10:30 A.M.</u> Defense counsel will initiate these calls. During the latter call, the Court will set a schedule for expert depositions and/or dispositive motions.

      14. The Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel. Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

      15. Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no extensions except for good cause shown and by leave of the Court, even with consent of all counsel.

      *s/ Douglas E. Arpert*
      **DOUGLAS E. ARPERT**
      **United States Magistrate Judge**