# jackson|lewis
## Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
Tel 973-538-6890
Fax 973-540-9015
www.jacksonlewis.com
Richard J. Cino - Managing Shareholder

| | | | |
|---|---|---|---|
| ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

LESLIE A. SAINT
Direct Dial: 973-451-6367
Email Address: saintl@jacksonlewis.com

*ORDER* [handwritten]

August 24, 2015

R E C E I V E D
AUG 2 8 2015
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

**VIA ECF**
Honorable Douglas F. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Bldg. & US Courthouse
Room 6000
402 East State Street
Trenton, New Jersey 08608

Re: Johann Hunter v. Markel Corporation, et al.
    Civil Action No.: 3:14-cv-05916-FLW-DEA

Dear Judge Arpert:

We represent Defendants, Markel Corporation and Sarah Gavlick. We submit this status update jointly with counsel for Plaintiff, Johann Hunter.

A settlement conference is scheduled for September 10, 2015. The parties respectfully request the Court convert the settlement conference to a telephone status conference [handwritten: *granted*] as the parties have not yet completed written discovery. Plaintiff is in the process of completing responses to Defendants' requests for discovery. Plaintiff also intends to serve Defendants with requests for discovery.

The parties will need time to review each other's discovery responses and prepare a concise statement of their positions prior to the settlement conference. Moreover, Defendants will need to obtain an initial demand from Plaintiff prior to the conference. Accordingly, we request an opportunity to discuss these issues with Your Honor during a status call and to set a new date for a settlement conference.

We thank the Court for its consideration of the above request.

[Handwritten annotation: *\* — Plaintiff shall serve her written discovery requests by September 3, 2015 or she will waive the right to do so. So Ordered [signature]*]

Respectfully submitted,

JACKSON LEWIS P.C.

/s/ Leslie A. Saint

Leslie A. Saint

LAS/kh
cc: Robert L. Tarver, Jr., Esq. (via e-mail)
    Terri L. Freeman, Esq. (via e-mail)