UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHANN HUNTER, | : Civil Action No. 14-5916 (FLW) |
| Plaintiff, | : |
| v. | : PRETRIAL SCHEDULING ORDER II |
| MARKEL CORPORATION, et al., | : |
| Defendants. | : |

This matter having come before the Court during a telephone status conference on September 10, 2015; and the Court having conferred with counsel concerning the status of discovery; and good cause appearing for the entry of the within Order;

IT IS on this 10th day of September 2015,

ORDERED THAT:

1. The date by which the Parties must serve discovery responses is extended to **October 15, 2015**.

2. The Court will conduct a Settlement Conference on **November 18, 2015** at **10:00 A.M.** Trial counsel and client representatives (including a representative of the insurance carrier for any insured entity) with full settlement authority are required to attend.

3. The date which the Parties must complete fact discovery, including depositions, is extended to **March 15, 2016**.

4. Any motion to further amend the pleadings or join new parties whether by amended or third-party complaint must be filed **October 30, 2015**.

5. Counsel must confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of a motion. No discovery motion will be entertained absent counsel's full compliance with L. CIV. R. 37.1(a)(1); *see also* L. CIV. R. 16.1(f). Any unresolved disputes must be brought to the Court's attention **immediately** by letter to the undersigned.

6. Plaintiff shall serve copies of any affirmative expert disclosures and reports (liability and damages) by **March 31, 2016**.

7. Defendants shall serve copies of any responsive expert disclosures and reports by **April 29, 2016**.

**8.  No expert shall testify at the time of trial as to any opinions, nor base those opinions on facts, not substantially disclosed in any report as described in the preceding paragraphs.**

**9.  The Court will conduct telephone status conferences on <u>December 7, 2015</u> at <u>10:30 A.M.</u>, and <u>March 2, 2016</u> at <u>10:30 A.M.</u>  Defense counsel will initiate these calls.  During the latter call, the Court will set a schedule for expert depositions and/or dispositive motions.**

**10.  The Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel.  Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.**

**11.  Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no extensions except for good cause shown and by leave of the Court, even with consent of all counsel.**

<u>*s/ Douglas E. Arpert*</u>
**DOUGLAS  E. ARPERT**
**United States Magistrate Judge**